IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-534-MOC-DSC

| | |
|---|---|
| IRENEUSZ DZIERBUN,         )<br>                            )<br>          Plaintiff,      )<br>                            )<br>vs.                         )<br>                            )<br>BROCK & SCOTT, PLLC, BAC HOME )<br>LOANS SERVICING, LP and TRUSTEE )<br>SERVICES OF CAROLINA, LLC,  )<br>                            )<br>          Defendants.     )<br>                            ) | **ORDER** |

**THIS MATTER** is before the Court upon consideration of "Consent Motion to Stay All Deadlines," Doc. 19, filed on January 23, 2012. Having conferred with defense counsel telephonically to confirm that all parties are in agreement to this Motion and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED** and:

1. All deadlines related to this case, including the deadline for Defendants to Reply to Plaintiff's Response to Defendants' Motion to Dismiss are hereby stayed until February 22, 2012.

2. The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: January 23, 2012

_David S. Cayer_
David S. Cayer
United States Magistrate Judge