# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ireneusz Dzierbun,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                    3:11cv534

Brock & Scott, PLLC,
BAC Home Loans Servicing, LP, and
Trustee Services of Carolina, LLC,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order dated June 7, 2012.

                                                Signed: June 7, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court